```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONE STEP UP LTD.,

                       Plaintiff,

-against-

EMPIRE APPAREL LLC, ASSAF COHEN and STEPHANIE GOLDMAN,

                       Defendants.

Civil Action No.: 21-cv-5392

**ORDER TO CONTINUE DISCOVERY AND RELATED DATES**

**ON THE AGREEMENT OF THE PARTIES AND FOR GOOD CAUSE APPEARING,**

**THE FOLLOWING IS HEREBY ORDERED**:

The Court's Order Granting Letter Motion for Extension of Time to Complete Discovery, dated December 18, 2023 under ECF No. 73, is hereby modified as follows:

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| Fact Discovery Cut-Off | March 18, 2024 | May 10, 2024 |
| Meet and Confer re: expert disclosures | Completed | --- |
| Initial Expert Disclosures Cut-Off | Not Applicable | --- |
| Rebuttal Expert Disclosure Cut-Off | Not Applicable | --- |
| Expert Discovery Cut-Off | Not Applicable | --- |
| Deadline to submit pre-motion letter to the Court regarding summary judgment motion(s) | April 1, 2024 | May 22, 2024 |

**SO ORDERED**.

Dated: _____April 2_____, 2024

By: _____
HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge