UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ONE STEP UP, LTD.,

                Plaintiff,

      - against -

EMPIRE APPAREL LLC et al,

                Defendants.
------------------------------------------------------------X

21-CV-5392 (AKH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on February 14, 2025, and for the reasons stated on the record:

1. Defendant's application to quash the subpoena served by Plaintiff on non-party L.A. Fashion after the close of fact discovery and without leave of court is granted.  (*See* Dkt. 107.)

2. Defendant's objection to Plaintiff's discovery directed to Defendants concerning L.A. Fashion based on the Court's previous order at Dkt. 94 and subsequent extensions of the discovery deadline is overruled.

3. The parties shall meet and confer to resolve any remaining discovery issues.

4. The deadline for filing summary judgment motions is extended to April 14, 2025.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 107.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: February 14, 2025
        New York, New York

Copies transmitted this date to all counsel of record.