```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ONE STEP UP, LTD.,                              :
                                                :       21-CV-5392 (AKH) (RWL)
                        Plaintiff,              :
                                                :
            - against -                         :       ORDER
                                                :
EMPIRE APPAREL LLC et al.,                      :
                                                :
                        Defendants.             :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the matters raised in Plaintiff's letter dated March 31, 2025, at Dkt. 112.

1. Defendants shall answer interrogatory number 2 by April 18, 2025. The information sought is relevant, discrete and minimally burdensome to answer. Although Defendants lodged their objections to the interrogatory on November 21, 2024, the import of the material crystallized during the parties' later discussions about pricing. Defendants' request to reopen discovery for another 90 days is denied. Defendants' claim of prejudice is not persuasive as it compares apples to oranges; Plaintiff is not seeking to assert "numerous discovery demands/depositions" that it regrets not having made prior to the end of discovery. (*See* Dkt. 113 at 3.) Rather, Plaintiff is seeking to compel compliance with discovery previously served.

2. The summary judgment briefing schedule jointly requested by the parties is adopted. Accordingly, motions for summary judgment shall be filed by May 2, 2025; oppositions shall be filed by May 30, 2025; and replies shall be filed by June 13, 2025.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 112.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2025
         New York, New York

Copies transmitted this date to all counsel of record.