# LAZAR GRUNSFELD ELNADAV LLP
ATTORNEYS AT LAW

Request granted. The April 7, 2025 order at Dkt. 115 is stayed pending resolution of Defendant's objections.

SO ORDERED:

4/17/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**GERRY GRUNSFELD, ESQ.**
(718) 947-7476
Gerry@lgelaw.com

April 15, 2025

Via ECF

Magistrate Judge Hon. Robert W. Lehrburger
U.S. District Court
Southern District of New York

    Re:    One Step Up, Ltd. v. Empire Apparel, et al
           Civil Action: 21-cv-05392

Dear Judge Lehrburger:

    I represent Defendants in this action.

    On April 7, 2025, Your Honor issued an Order directing Defendants to respond to a certain Interrogatory by April 18, 2025. *Document Number 115*. As defendants respectfully believe the Court's Order is premised on two factual errors, Defendants timely filed an Objection to the Order addressed to the Honorable Judge Alvin K. Hellerstein. *Document Number 116*.

    Defendants respectfully request a stay of the Court's Order pending Judge Hellerstein's resolution of Defendants' Objection.

                                  Sincerely;

                                  s/ Gerry Grunsfeld

                                Lazar Grunsfeld Elnadav LLP